# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VILLA GLAS G.m.b.H.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-420-Orl-31DAB**

**EVERSTONE PTY. LTD., MIRAGE TILE, LLC, and RAFFI DESIGN, INC.,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge David A. Baker (Doc. No. 63), and there being no objection thereto, it is

**ORDERED** that the Report and Recommendation is confirmed and adopted. The Motion to Dismiss (Doc. No. 53) is **GRANTED**, without prejudice, for lack of personal jurisdiction over Defendant Raffi Design, Inc., d/b/a Raffi Glass.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 4th day of December, 2006.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE