**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VILLA GLAS G.m.b.H.,**

        **Plaintiff,**

-vs-                                                        **Case No. 6:06-cv-420-Orl-31DAB**

**EVERSTONE PTY. LTD., MIRAGE TILE,**
**LLC, and RAFFI DESIGN, INC.,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Plaintiff's Motion to Stay Litigation (Doc. 67) and the response (Doc. 68) filed by the Defendants. The Plaintiff seeks a stay pending the completing of reissue patent proceedings before the USPTO. However, the Plaintiff filed the patent reissue application in April 2006. Its explanation as to why it waited more than a year to seek this stay – that the filing formalities took an unexpectedly long time – is not persuasive. Furthermore, as the Defendants point out, the Plaintiff seeks to add claims and broaden the scope of its patent. Success by the Plaintiff before the USPTO seems as likely to complicate these proceedings as to simplify them.

The Defendants also note that the Plaintiff has sent a letter (Doc. 68-3) to their customers, notifying them of this suit and implicitly threatening them with legal action if they purchase products from the Defendants. As such, any stay would likely prejudice the Defendants. *See, e.g., Panduit Corp. v. Chatsworth Products, Inc.*, 2005 WL 577099 (N.D.Ill. 2005) (noting that Courts

have found prejudice where plaintiff files suit, notifies defendants' customers, and seeks stay, as stay would provide unfair competitive advantage to plaintiff).

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Plaintiff's Motion to Stay Litigation (Doc. 67) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 6, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party